**Nancy Christine WILSON,
Plaintiff—Appellant,**

v.

**Robert M. GATES, Secretary United
States Department of Defense,
Defendant—Appellee.**

No. 10–1870.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 15, 2011.

Decided: May 3, 2011.

Mark W. Howes, Law Offices of Mark
W. Howes, LLC, Annapolis, Maryland, for
Appellant. Rod J. Rosenstein, United
States Attorney, Melanie L. Glickson, As-
sistant United States Attorney, Baltimore,
Maryland, for Appellee.

Before SHEDD, AGEE, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Nancy Christine Wilson appeals the dis-
trict court's order dismissing her civil ac-
tion alleging employment discrimination.
On appeal, she argues that the district
court erred in granting her former em-
ployer's motion for summary judgment.
We review orders granting summary judg-
ment de novo, applying the same legal
standards as the district court, *Nguyen v.
CNA Corp.*, 44 F.3d 234, 236 (4th Cir.
1995), and our review of the record reveals
no reversible error. Accordingly, we af-
firm for the reasons stated by the district
court. *Wilson v. Gates*, No. 1:09–cv–
01074–RDB, 2010 WL 2639877 (D.Md.
June 29, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*